ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MATTHEW CHRISTOPHER DOWD, | Civil No. 2:26-cv-00813-TLN-DMC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from May 12, 2026, to June 11, 2026, for the Commissioner to answer Plaintiff's complaint.

This is the Commissioner's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Pursuant to Rule 4 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Commissioner will answer Plaintiff's complaint by filing a certified copy of the administrative record. However, due to staffing reductions, organizational changes, and residual delays in processing electronic certified administrative records (eCARs),

the eCAR in the instant case is not yet ready.  The Commissioner therefore respectfully requests an extension until June 11, 2026, to file this eCAR, with all other case deadlines extended accordingly.

Respectfully submitted,

Dated: May 6, 2026                                LAW OFFICES OF FRANCESCO BENAVIDES

By:*/s/ Francesco Benavides\**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on May 6, 2026]

Dated: May 7, 2026                                ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:        */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's answer shall be due on June 11, 2026, with all other case deadlines extended accordingly.

Dated:  May 7, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation; Order                           Page 2                    Case No. 2:26-cv-00813-TLN-DMC